IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JUDY MAYES JACK | § | CASE NO: 07-32747 |
| Debtor(s) | § | |
| | § | CHAPTER 13 |

## ORDER DENYING MOTION FOR RELIEF FROM STAY

The motion for relief from stay filed by AMC Mortgage Services is denied.  AMC alleges that it has filed the motion as servicer for Argent Mortgage Company, LLC.  However, the deed attached to AMC's affidavit indicates that the property at issue is now owned by Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities, with no reference to Argent.  Accordingly, it does not appear that movant has an interest in the property.

At the hearing on this matter, the Court listened to the arguments of counsel.  It does appear that AMC is servicing the property and is likely to file a new motion for relief on behalf of the current alleged owner.  The debtor alleges that the recent foreclosure was not undertaken in accordance with Texas law.  Accordingly, the Court orders:

1. The automatic stay remains in effect.

2. Not later than June 15, 2007, one of the two must occur:

    a. An agreement will be filed by the parties either setting aside or affirming the validity of the foreclosure; or

    b. The debtor will commence an adversary proceeding regarding the validity of the foreclosure.

SIGNED **May 22, 2007**.

MARVIN ISGUR
United States Bankruptcy Judge