MICHAEL P. MENTON
Texas Bar I.D. 24046427
KERRY M. SOUTHERLAND
Texas Bar I.D. 24056355
SettlePou
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR AMC MORTGAGE SERVICES, INC., DBA DELAWARE AMC MORTGAGE SERVICES, INC., AS LOAN SERVICER FOR SECURED CREDITOR, ARGENT MORTGAGE COMPANY, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 07-32747 |
| | § | (Chapter 13) |
| JUDY MAYES JACK | § | |
| Debtor | § | |

## NOTICE OF AGREEMENT

On May 22, 2007, this Court entered an Order Denying Motion for Relief from Stay, (the "Order"), [Docket No. 17]. Consistent with the terms of the Order, AMC Mortgage Services, Inc., dba Delaware AMC Mortgage Services, Inc., as Loan Servicer for Secured Creditor, Argent Mortgage Company, LLC, ("Movant") and Judy Mayes Jack, (the "Debtor") collectively, (the "Parties) agree to the following:

1.  Movant agrees to set aside and rescind the foreclosure, which was conducted on or about April 3, 2007.

AGREED:

*[signature]*

REESE W. BAKER
TEXAS BAR I.D. 01587700
courtdocs@bakerassociates.net
5151 Katy Freeway, Ste. 200
Houston, Texas 77007
(713) 869-9200
(713) 869-9100 Fax
ATTORNEY FOR DEBTOR

/s/ *[signature]*

MICHAEL P. MENTON
TEXAS BAR I.D. 24046427
mmenton@SettlePou.com
KERRY M. SOUTHERLAND
TEXAS BAR I.D. 24056355
ksoutherland@SettlePou.com
SettlePou
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)
ATTORNEYS FOR AMC MORTGAGE SERVICES, INC., DBA DELAWARE AMC MORTGAGE SERVICES, INC., AS LOAN SERVICER FOR SECURED CREDITOR, ARGENT MORTGAGE COMPANY, LLC

## Certificate of Service

On June 15, 2007, a copy of this Notice was served on the persons shown below at the address reflected by ECF, if the person is an ECF registered user; otherwise, by pre-paid U.S. first class mail. Movant certifies that Movant has complied with Bankruptcy Local Rule 4001.

Judy Mayes Jack
Debtor
770 Fortune
Houston, Texas 77088

Judy Mayes Jack
Co-Debtor
770 Fortune
Houston, Texas 77088

Reese W. Baker
5151 Katy Freeway, Ste. 200
Houston, Texas 77007

David G. Peake
Chapter 13 Trustee
9660 Hillcroft, Suite 430
Houston, Texas 77096

U.S. Trustee
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002

/s/ MICHAEL P. MENTON
MICHAEL P. MENTON

P:\Bankruptcy-Consumer\07\1057\Notice.Agreement.wpd