**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re:  Judy Mayes Jack

**Debtor(s)**

Case No.: 07−32747

Chapter:  13

ENTERED
07/09/2009

# FINAL DECREE

The estate of the above−named debtor has been fully administered.

The deposit required by the plan has been distributed. (Chapter 13 Only)

IT IS ORDERED THAT:

David G Peake is discharged as trustee of the estate of the above−named debtor and the bond is cancelled;

The chapter 13 case of the above−named debtor is closed.

Signed and Entered on Docket: 7/9/09

JEFF BOHM
United States Bankruptcy Judge